UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT GIAMPAPA, M.D., <br><br> Plaintiff, <br> -against- <br><br> JEUNESSE GLOBAL HOLDINGS, LLC <br><br> Defendant. | Case No. 2:24-10020-SDW-CLW <br><br> **FINAL JUDGMENT BY DEFAULT** |

This matter comes before the undersigned Clerk of the United States District Court for the District of New Jersey ("Court") on the motion of plaintiff Vincent Giampapa, M.D. ("Plaintiff") for a default judgment pursuant to Federal Rule of Civil Procedure ("FRCP") 55(b)(1), and it appearing that:

1. On October 24, 2024, Plaintiff filed the complaint ("Complaint") commencing the above captioned matter ("Action") [ECF Doc. No. 1] and Plaintiff filed a Request for a Summons to be Issued to Defendant [ECF No. 2] which the Court did later the same day [ECF No. 3];

2. The Summons, a copy of the Complaint and the Civil Case Information Statement were served upon Defendant on November 20, 2024 [ECF. No. 5] and no filing was made with the Court under Local Civil Rule 6.1 thereafter;

3. The time for Defendant to answer, move or otherwise respond to the Complaint has expired and has not been enlarged by the Court, and Defendant has not answered, moved or otherwise responded to the Complaint;

4. On February 3, 2025, Plaintiff filed a Request for Entry of Default against Defendant pursuant to FRCP 55(a)(1) [ECF No. 6] and Default was duly noted by

the undersigned Clerk against Defendant on February 11, 2025 for Defendant's failure to plead or otherwise defend in this Action;

5. Defendant is a Florida Limited Liability Company and as such is not a minor or incompetent person;

6. On March 20, 2025, Plaintiff filed a Motion requesting that the undersigned Clerk enter a Final Judgment by Default against Defendant in the Action for a sum certain of $105,000.00, plus applicable costs as provided for and in accordance with FRCP 55(b)(1);

7. The damages sought by Plaintiff are for a sum certain of $105,000.00 plus applicable costs which the undersigned Clerk may make by computations which may be figured from the record in this Action;

8. The costs incurred by Plaintiff in connection with this Action which the undersigned Clerk may figure from the record herein are $405.00, which includes a $350.00 filing fee and $55.00 Administrative fee with respect to the Complaint [ECF No. 1].

Accordingly, it is on this 13 day of May, 2025,

**ORDERED, ADJUDGED and DECREED** that Plaintiff have judgment against Defendant in the total amount of $105,405.00, comprised of the following:

a) $105,000.00 with respect to Plaintiff's First Claim for Relief in the Complaint as further described therein; and

b) $405.00 for applicable costs that may be figured from the record herein and include a $350.00 filing fee and $55.00 Administrative fee with respect to the Complaint.

Melissa D. Rhoads, Clerk

Hon. Susan D. Wigenton, U.S.D.J.